NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000501
24-MAR-2016
07:56 AM

NO. CAAP-15-0000501

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

FINANCE FACTORS, LIMITED, a Hawaii corporation,
Plaintiff-Appellee,
v.
CHARLES LYNN BASSETT, aka CHARLES LYNN BASSET,
Defendant-Appellant,
and
GLENN PABLO GABRIEL, KRIS NORA-GABRIEL, et al.,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50,
DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1913-09)

ORDER APPROVING THE MARCH 21, 2016
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)

Upon consideration of the "Stipulation and Order for Dismissal With Prejudice of Defendant-Appellant Charles Lynn Bassett, aka Charles Lynn Bassett's [(Appellant)] Appeal," filed March 21, 2016, by Plaintiff-Appellee Finance Factors, Ltd. (Appellee Finance Factors), the papers in support, and the

record, it appears that (1) the appeal was docketed on July 17, 2015; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees except for Appellee Finance Factors' costs and attorneys' fees paid by Appellant as loan fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees except for Appellee Finance Factors' costs and attorneys' fees paid by Appellant as loan fees.

DATED: Honolulu, Hawai'i, March 24, 2016.

Chief Judge

Associate Judge

Associate Judge

-2-